```
 1  STEPHANIE M. HINDS (CABN 154284)
    United States Attorney
 2
    THOMAS A. COLTHURST (CABN 99493)
 3  Chief, Criminal Division

 4  KRISTINA GREEN (NYBN 5226204)
    Assistant United States Attorney
 5
         450 Golden Gate Avenue, Box 36055
 6       San Francisco, California 94102-3495
         Telephone: (415) 436-6912
 7       FAX: (415) 436-7234
         Kristina.Green@usdoj.gov
 8
 9  Attorneys for United States of America
```

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

| 14 | UNITED STATES OF AMERICA, | ) | NO. 20-CR-00148 CRB |
|----|---|---|---|
| 15 | Plaintiff, | ) | |
| 16 | v. | ) | NOTICE OF DISMISSAL ORDER |
| 17 | HILDA TACORDA, | ) | |
| 18 | Defendant. | ) | |

19

20    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21 States Attorney for the Northern District of California dismisses the information against defendant

22 HILDA TACORDA without prejudice.

23

24  DATED: August 11, 2022                    Respectfully submitted,

25                                            STEPHANIE M. HINDS
                                              United States Attorney
26
                                              *Thomas A. Colthurst*
27                                            _____
                                              THOMAS A. COLTHURST
28                                            Chief, Criminal Division

NOTICE OF DISMISSAL
Case No. 20-CR-148 CRB

**[PROPOSED] ORDER**

Leave is granted to the government to dismiss without prejudice the information against HILDA TACORDA.

IT IS SO ORDERED.

DATED:  August 16, 2022

_____
HON. CHARLES R. BREYER
United States District Judge

NOTICE OF DISMISSAL
Case No. 20-CR-148 CRB